UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANAND RATHOD; et al., <br><br>　　　　Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>　　　　Defendant - Appellee, <br><br> and <br><br> PROVIDENCE HEALTH & SERVICES, a Washington corporation, DBA Providence Hospital of Everett, DBA Providence Regional Medical Center Everett; et al., <br><br>　　　　Defendants. | No. 22-36045 <br><br> D.C. No. 2:20-cv-00064-RSL <br> U.S. District Court for Western Washington, Seattle <br><br> **ORDER** |

The mandate issued on January 31, 2024 is recalled as issued in error.

　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　CLERK OF COURT